UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LUEHRING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, METROPOLITAN STATE HOSPITAL,<br><br>　　　　　Respondents. | Case No. 2:19-cv-08548-GW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Superseding First Amended Petition ("SFAP"), the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  Though Petitioner filed a Notice of Correction ("Notice") after the Magistrate Judge issued the R&R, Petitioner's Notice does not mention the R&R or object to any of the reasons discussed in the R&R recommending that Petitioner's SFAP be denied and the case be dismissed.  As such, the Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

1       IT IS THEREFORE ORDERED that the SFAP be DENIED and that Judgment be
2 entered dismissing this action without prejudice.

4 Dated: August 13, 2020

                                                HONORABLE GEORGE H. WU
                                                United States District Judge