JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LUEHRING, | Case No. 2:19-cv-08548-GW (SHK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, METROPOLITAN STATE HOSPITAL, | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: August 13, 2020



HONORABLE GEORGE H. WU
United States District Judge